IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DUSTIN BOLE,

    Defendant.

No. 2:11-cr-00505 KJN

ORDER RE: NON-PRODUCTION OF PERSONNEL RECORDS

Plaintiff previously submitted to the court documents for *in camera* review by the court, along with an *"ex parte, in camera* motion" seeking such review and a related proposed order, as well as a petition to seal these documents. The court granted plaintiff's request to seal and ordered that plaintiff's petition to seal, the "*ex parte, in camera*" motion seeking review of personnel documents, and the related proposed order be filed under seal in accordance with Local Rule 141.

The Court has since reviewed the personnel records of a potential trial witness that are the subject of the Government's *"ex parte, in camera"* motion. For good cause shown, the government need not disclose to the defense information relating to the disciplinary matter

////

////

1

that was submitted *in camera*.

DATED: March 6, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE