IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DUSTIN BOLE,

        Defendant.

No. 2:11-cr-00505 KJN

<u>SEALING ORDER</u>

        Plaintiff submitted to the court personnel documents for *in camera* review by the court, along with an *"ex parte, in camera* motion" seeking such review and a related proposed order, as well as a petition to seal these documents. The court grants plaintiff's petition to seal. The petition to seal, the *"ex parte, in camera* motion" seeking review of personnel documents, and the related proposed order shall be filed under seal in accordance with Local Rule 141.

        In light of the foregoing, IT IS HEREBY ORDERED that:

        1.    Plaintiff's petition to seal is granted. Pursuant to Local Rule 141(e)(2)(i), plaintiff shall submit electronic copies of the following documents to the Clerk of Court in .pdf form at ApprovedOrders@caed.uscourts.gov: plaintiff's petition to seal, the *"ex parte, in camera"* motion seeking review of personnel documents, and the related proposed order.

        2.    The Clerk of Court is directed to file plaintiff's petition to seal, the *"ex*

1 | *parte, in camera*" motion seeking review of personnel documents, and the related proposed order
2 | under seal, such that only court personnel may access these documents.
3 |         IT IS SO ORDERED.
4 | DATED: March 6, 2012

                                               _____
                                               KENDALL J. NEWMAN
                                               UNITED STATES MAGISTRATE JUDGE

KJN/mso