BENJAMIN B. WAGNER
United States Attorney
NICHOLAS M. FOGG
Special Assistant U.S. Attorney
CHRISTOPHER S. HALES
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>DUSTIN BOLE,<br><br>                Defendant. | CASE NO. 2:11-cr-0505 KJN<br><br>**UNITED STATE'S MOTION FOR LEAVE TO AMEND INFORMATION PURSUANT TO FED. R. CRIM. PRO. 7(E)**<br><br>DATE: March 12, 2012<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Kendall J. Newman |

**MOTION FOR LEAVE TO AMEND**

The United States, through the undersigned counsel, moves for leave to amend the information filed in this case(Docket # 1).

Under Federal Rule of Criminal Procedure 7(e), this Court "may permit an information to be amended at any time before the verdict or finding." Fed. R. Crim. Pro. 7(e). However, the information shall not be amended if the amendment would charge "an additional or different offense" or if "a substantial right of the defendant is prejudiced" by the amendment Fed. R. Crim. Pro. 7(e).

The government seeks to shorten the period of conduct that the

information charges as criminal.  Currently the information charges the defendant with Theft of Government Property for conduct from December 2007 to December 2009.  The government seeks to amend the information to charge Theft of Government Property for conduct from January 2008 to January 2009.

The proposed amendment does not add an additional offense.  Nor does it charge a different offense.  Instead, the amendment only reduces the date range of the defendant's conduct that the government is alleging is criminal.

The proposed amendment would not burden a substantial right of the defendant.  His exposure to criminal liability is reduced by the amendment and, new conduct is not being added to the charge, and no new or different charge is being added.

Dated:   March 7, 2012            Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                                   /s/Nick Fogg
                                  NICHOLAS M. FOGG
                                  Special Assistant U.S. Attorney


                                   /s/ Christopher S. Hales
                                  CHRISTOPHER S. HALES
                                  Special Assistant U.S. Attorney

**FOR GOOD CAUSE SHOWN, THE GOVERNMENT IS GRANTED LEAVE TO AMEND THE INFORMATION IN THIS CASE. THIS AMENDED INFORMATION SHALL BE FILED WITH THE CLERK OF THE COURT BY 5PM ON MARCH 7, 2012.**

DATED: MARCH 7, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE