DANIEL J. BRODERICK, Bar #89424
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, Bar # 141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Appellant
DUSTIN BOLE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | D.C. No. 2:11-cr-0505 LKK KJN |
| Plaintiff-Appellee, | **ORDER** |
| v. | Judge: Hon. Lawrence K. Karlton |
| DUSTIN BOLE, | |
| Defendant-Appellant. | |

For good cause shown, the briefing schedule in this matter is reset as follows:

Appellant's Opening Brief shall be filed and served on or before September 17, 2012;

Government's Appellee's Brief shall be filed and served on or before October 9, 2012;

Appellant's Optional Reply Brief shall be filed and served on or before October 16, 2012.

The hearing in this matter now set October 2, 2012, at 9:15 a.m. is reset to October 23, 2012, at 9:15 a.m.

Dated: September 11, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT