1 BENJAMIN B. WAGNER
United States Attorney
2 NICHOLAS M. FOGG
Special Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2700

5

6

7           IN THE UNITED STATES DISTRICT COURT

8         FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )   2:11-CR-00505-LKK
                                  )
11           Plaintiff,           )   Order Continuing Hearing and
                                  )   Briefing Schedule
12      v.                        )
                                  )
13 DUSTIN E. BOLE,                )   DATE:  October 30, 2012
                                  )   TIME:  9:15 a.m.
14           Defendant.           )   JUDGE: Lawrence K. Karlton
   _____)

15

16      It is hereby ordered that the Hearing set for October 23,

17 2012 is moved to October 30, 2012 at 9:15 a.m.  The appellee's

18 answering brief is now due on October 16, 2012.  The appellant's

19 reply brief is now due on October 23, 2012.

20      IT IS SO ORDERED.

21 Dated: September 27, 2012

22

23

24                              _____
                                LAWRENCE K. KARLTON
25                              SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
26

27

28