| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | ANN C. M<sup>c</sup>CLINTOCK, Bar # 141313 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |

Attorney for Defendant
DUSTIN E. BOLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR-S-11-505 LKK |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER TO CONTINUE** |
| v. | ) **HEARING** |
| | ) |
| DUSTIN E. BOLE, | ) Date: November 6, 2012 |
| | ) Time: 9:15 a.m. |
| Defendant. | ) Judge: Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Nicholas Fogg and Christopher Hales, Assistant United States Attorneys, attorney for Plaintiff, and Ann C. M<sup>c</sup>Clintock, Assistant Federal Defender, attorney for Defendant, DUSTIN E. BOLE, that the hearing date of Tuesday, October 30, 2012, be continued to Tuesday, November 6, 2012, at 9:15 a.m.

The reason for this continuance is defense counsel Ann C. M<sup>c</sup>Clintock is ill and co-counsel, Chief Assistant Federal Defender, Linda Harter, is delayed on the east coast due to Hurricane Sandy.

///
///
///
///
///
///
///

Dated: October 29, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Ann C. McClintock*
ANN C. M$^c$ClINTOCK
Assistant Federal Defender
Attorney for Defendant
DUSTIN E. BOLE

Dated: October 29, 2012

BENJAMIN B. WAGNER
United States Attorney

*/s/ Ann C. McClintock for*
NICHOLAS FOGG
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: October 29, 2012

BENJAMIN B. WAGNER
United States Attorney

*/s/ Ann C. McClintock for*
CHRISTOPHER HALES
Assistant U.S. Attorney
Attorney for Plaintiff

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on October 29, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the hearing currently scheduled for Tuesday, October 30, 2012, be vacated and that the case be set for **Tuesday, November 6, 2012, at 9:15 a.m.**

Dated: October 29, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2